**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

| | |
|---|---|
| Sheryl L. Loesch<br>Clerk | Mark Middlebrook<br>Tampa Division Manager |
| | LeKeshia Jones<br>Court Operation Supervisor |

In re:  Bayou Shores SNF LLC

THE UNITED STATES OF AMERICA,

    Appellant,

v.                                                                                    Case No: 8:14-cv-2617-T-30
                                                                                                            8:15-cv-103-T-30
                                                                                                            8:15-cv-128-T-30

BAYOU SHORES SNF LLC,

    Appellee.
_____
                                                                                                            **Bankruptcy Case No. \*\*\*8:14-bk-9521-MGW**

**NOTICE OF TRANSMITTAL OF COPY OF CASE PAPER**
**TO BANKRUPTCY JUDGE, BANKRUPTCY CLERK'S OFFICE**
**AND ASSISTANT UNITED STATES TRUSTEE**

To:    Bankruptcy Judge Michael Williamson

        Bankruptcy Clerk's Office, Tampa Division

        Assistant United States Trustee

A copy of the following is herewith forwarded to all of the above parties:

NOTE: In Bankruptcy cases, a copy of District Court Orders which dispose of appeals and/or judgments, notice of appeal of District Court decisions, and final Eleventh Circuit Orders, Judgments, and/or mandates relating to any such appeal are transmitted. Except as otherwise directed by the Court, only a copy of Orders granting or denying withdrawal of reference and the final Order/Judgment which disposes of the action are transmitted in Bankruptcy withdrawal cases.

SHERYL L. LOESCH, CLERK

By:    s/B.Napier, Deputy Clerk

June 29, 2015

Enclosures